FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-1420
_____

ROBERT O. SIMMONS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Francis J. Allman, Judge.

August 8, 2019


PER CURIAM.

    DISMISSED.

LEWIS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Robert O. Simmons, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.